

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00316-CR

**STANLEY YARBOROUGH,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 23,744

## O R D E R

Appellant's brief was originally due on June 12, 2015. Appellant's counsel was appointed on June 30, 2015. Notwithstanding counsel's representation that no extensions to file the brief have been received, on July 10, 2015, the Court extended the time to file appellant's brief to August 10, 2015. Appellant is now requesting an additional 90 day extension to file appellant's brief.

Appellant's motion is granted in part. The time to file appellant's brief is extended to September 30, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted in part
Order issued and filed August 27, 2015

